UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lori Cooper, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No.:  4:11-2258 |
| | § | |
| | § | |
| Michael J. Adams, P.C., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant's Plea in Abatement  (Document No. 6).

Having considered the motion and the applicable law, the Court determines that the

motion should be denied. Accordingly, the Court hereby

ORDERS that Plea in Abatement  (Document No. 6) is DENIED.

Signed at Houston, TX on the ____**8**____ day of  August, 2011.

DAVID HITTNER
United States District Judge